## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ECKERT CONSTRUCTION COMPANY, INC.                                                        PLAINTIFF

v.                                          NO. 5:12CV00001 JLH

AUTO-OWNERS INSURANCE COMPANY                                                         DEFENDANT

## ORDER

The joint motion to dismiss is granted. Document #8. This action is dismissed with prejudice.

IT IS SO ORDERED this 15th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE